# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**JEPRECE ROUSSELL**

**VERSUS**

**PBF CONSULTANTS, LLC, ET AL.**

**CIVIL ACTION**

**NO. 18-899-JWD-EWD**

## OPINION

After an independent review of the entire record and for the reasons set forth in the Magistrate Judge's Report and Recommendation dated April 15, 2019 (Doc. 28), to which an objection was filed (Doc. 30);

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby adopted in part, dismissing Plaintiff's claims against John Sprafka and Wayne LaCombe WITHOUT PREJUDICE. Because Defendants PBF Consultants, LLC and PBF Investments, LLC have been voluntarily dismissed (*see* Doc. 32), that portion of the Report and Recommendation is rejected.

**IT IS FURTHER ORDERED** that the remainder of the report and recommendation of the Magistrate Judge is hereby adopted, denying Plaintiff's motion to remand. (Doc. 12.)

**IT IS FURTHER ORDERED** that this matter is referred to the Magistrate Judge for a scheduling conference.

Signed in Baton Rouge, Louisiana, on June 24, 2019.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**