UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JEPRECE ROUSSELL,
on behalf of and as tutrix for S.C.R., the minor
child of decedent Kierston Rousell

VERSUS

PBF CONSULTANTS, LLC, ET AL.

CIVIL ACTION NO.

18-899-JWD-EWD

<u>OPINION</u>

After an independent review of the entire record and for the reasons set forth in the Magistrate Judge's Report and Recommendation dated September 18, 2020 (Doc. 69), to which objections were filed (Docs. 70 and 71);

**IT IS ORDERED** that the Motion for Leave to Amend, (Doc. 52) filed by Plaintiff, Jeprece Roussell, on behalf of and as tutrix for S.C.R., the minor child of decedent Kierston Roussell, is GRANTED as to the claims against Guy Swinford only.

**IT IS FURTHER ORDERED** that this matter is **REMANDED** to the Nineteenth Judicial District Court for the Parish of East Baton Rouge.

**IT IS FURTHER ORDERED** that the Motion for Leave to File Amended Answer, (Doc. 51) filed by the PBF Defendants, and the Opposed Motion for Leave to File Amended Answer, (Doc. 53) filed by Clean Harbors, are TERMINATED AS MOOT.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>October 5, 2020</u>.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA